UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DENISE BARNETT, :
                    Movant, :
: **ORDER**
v. :
: 12 MISC 365 (VB)
UNITED STATES DEPARTMENT OF :
HOUSING AND URBAN DEVELOPMENT :
OFFICE OF INSPECTOR GENERAL, :
                    Respondent. :
--------------------------------------------------------------x

      Upon review and consideration of movant's motion to quash and respondent's opposition, for the reasons stated on the record at the hearing on December 13, 2012, the Court denies the motion and orders the subpoena enforced. See 12 U.S.C. § 3410(c).

      The clerk is instructed to terminate the motion (Doc. # 1) and close the case.

Dated: December 13, 2012
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge